IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MELISSA GRANADA,

                    Plaintiff,                                    ORDER

          v.                                                    05-C-0067-C

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                    Defendant.

---

     Plaintiff Melissa Granada has filed a motion pursuant to 42 U.S.C. § 406(b) asking

this court to approve the release by the Commissioner of $6,586.00 in attorney fees.  She

asks that $3,594.30 be released to her and $2,991.70 be released to her lawyer Dana

Duncan.  The Commissioner has replied that he has no objection to the entry of an order

releasing these funds in the manner plaintiff has requested.  Therefore, I will grant plaintiff's

motion.

ORDER

     IT IS ORDERED that plaintiff's motion for an order approving the release by the

Commissioner of $3,594.30 to plaintiff and $2,991.70 to her lawyer Dana Duncan, dkt.

#36, is GRANTED.

Entered this 28th day of January, 2009.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge